# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ASH, et al,<br><br>Plaintiffs,<br><br>v.<br><br>AXOS BANK d/b/a UFB DIRECT,<br><br>Defendants. | Case No. 24-cv-1157-BJC-BJW<br><br>**ORDER GRANTING IN PART JOINT MOTION TO LIFT STAY AND SET DEADLINE FOR DEFENDANT AXOS BANK TO RESPOND TO COMPLAINT [ECF NO. 51]** |

Pending before the Court is a Joint Motion to Lift Stay and Set Deadline for Defendant Axos Bank to Respond to Complaint. ECF No. 51.

Plaintiff filed the Complaint on March 13, 2024. On August 1, 2024, Defendant filed a Motion to Compel Arbitration or Dismiss the Complaint. ECF No. 33. On September 13, 2024, the Court granted Defendant's Motion to Compel Arbitration, ordered the parties "to proceed to arbitration for a determination of arbitrability and possible arbitration of Plaintiffs individual claims," and stayed the case "pending the completion of arbitration proceedings." ECF No. 37. On October 11, 2024, Defendant filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. ECF No. 38.

On March 26, 2025, the arbitrator determined that Plaintiff’s claims are not

arbitrable and remanded the matter back to this Court. ECF No. 45 at 2. On December 29, 2025, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction. See *Pliszka v. Axos Bank*, Ninth Circuit Case No. 24-6273, ECF No. 36.1.

On March 9, 2026, the parties filed the present motion. ECF No. 51. On March 20, 2026, Defendant Axos Bank filed a Motion to Compel Arbitration or in the Alternative, to Dismiss Plaintiffs' Amended Class Action Complaint. ECF No. 52. Good cause appearing, the Court **GRANTS** the Joint Motion to lift the stay and **DENIES** as moot the motion to set deadline for Defendant Axos to respond to the complaint in light of the Motion to Compel or in the Alternative to Dismiss.

**IT IS SO ORDERED**

Dated: November 2. 2026

Honorable Benjamin J. Cheeks
United States District Judge