**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE ASH, et al,<br><br>Plaintiffs,<br><br>v.<br><br>AXOS BANK d/b/a UFB DIRECT,<br><br>Defendants. | Case No. 24-cv-1157-BJC-BJW<br><br>**ORDER DENYING AS MOOT JOINT MOTION FOR CONTINUANCE OF BRIEFING SCHEDULE [ECF NO. 53]** |

Pending before the Court is a Joint Motion for Continuance of Briefing Schedule Regarding Defendant's Motion to Compel Arbitration or in the Alternative, to Dismiss Plaintiff's Amended Class Action Complaint. ECF No. 53.

On March 13, 2024, Plaintiff filed the Complaint. On August 1, 2024, Defendant filed a Motion to Compel Arbitration or Dismiss the Complaint. ECF No. 33. On September 13, 2024, the Court granted Defendant's Motion to Compel Arbitration, ordered the parties "to proceed to arbitration for a determination of arbitrability and possible arbitration of Plaintiffs individual claims," and stayed the case "pending the completion of arbitration proceedings." ECF No. 37. On October 11, 2024, Defendant filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. ECF No. 38.

On March 26, 2025, the arbitrator determined that Plaintiff's claims are not arbitrable and remanded the matter back to this Court. ECF No. 45 at 2. On December 29, 2025, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction. See *Pliszka v. Axos Bank*, Ninth Circuit Case No. 24-6273, ECF No. 36.1.

On March 20, 2026, Defendant Axos Bank filed a Motion to Compel Arbitration or in the Alternative, To Dismiss Plaintiffs' Amended Class Action Complaint. ECF No. 52. On March 27, 2026, the parties filed the present motion requesting an extension of time for Plaintiff to file an opposition to the motion, and for Defendant to file a reply. Plaintiff has now filed an opposition, and Defendant has filed a reply. Accordingly, the Court **DENIES as moot** the Joint Motion.

**IT IS SO ORDERED**

Dated: November 2. 2026

Honorable Benjamin J. Cheeks
United States District Judge